App. Div.]           Second Department, June, 1921.

In the Matter of the Application of EMIL N. ZOLLA for Admission to the Bar. (From the State of Illinois.) — Application granted. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.

NORTHPORT LUMBER AND COAL COMPANY, Respondent, v. MARIE W. CASEY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.; Mills, J., not voting.

PHILIP H. REID and SOLOMON B. MANDELL, etc., Appellants, Respondents, v. PRODUCTS MANUFACTURING COMPANY, Respondent, Appellant.— Motion for leave to appeal to the Court of Appeals denied, and stay continued until and including July 13, 1921, to enable application to be made to the Court of Appeals. Motion for reargument denied. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.

UNITED STATES TITLE GUARANTY COMPANY, Respondent, v. ARTHUR A. BROWN, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied as unnecessary. (*Matter of City of New York* [*White Plains Road*], 224 N. Y. 454.) Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.; Mills, J., not voting.

ADELINE WIDMAYER, Respondent, v. ARTHUR G. HUMPHRIES, Appellant. — Motion for stay granted on condition that the appeal be perfected, and argued on Wednesday, October 5, 1921, for which date the case is ordered upon the calendar; otherwise, motion denied, with ten dollars costs. Present — Blackmar, P. J., Putnam, Kelly and Jaycox, JJ.

LOUIS ADLER, Respondent, v. ERMA ZIMMERMAN and EMIL WORMSER, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

WILLIAM LEECH, Respondent, v. TRANS-OCEANIC TRADING COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ.

BLAKEMAN QUINTARD MEYER, INC., Respondent, v. MARY H. STEEL, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

*Decisions by the Presiding Justice on Applications to Appeal from the Appellate Term.*

MARY SODARO and PHILIP SODARO, Respondents, v. LOUIS SIMON and WILLIAM SIMON, etc., Appellants.— Application denied, with ten dollars costs.

SIDNEY H. WEINBERG, Respondent, v. ALBERT GROSS, Appellant. (Action No. 1.) — Application denied, with ten dollars costs.

SIDNEY H. WEINBERG, Respondent, v. ALBERT GROSS, Appellant. (Action No. 2.) — Application denied, with ten dollars costs.

JOSEPHINE LEDEKY, Respondent, v. EDWARD E. DEAN, Appellant.— Application denied, with ten dollars costs.

FRANCES A. MILLER, Appellant, v. JOHN J. GILECE, Respondent.— Application denied, with ten dollars costs.